UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA

U. S. Courthouse
17 South Park Row
Erie, PA 16501
www.pawd.uscourts.gov

**JOSHUA C. LEWIS**
CLERK OF COURT
412−208−7500

IN REPLYING GIVE NUMBER
OF CASE AND NAMES OF PARTIES

Date: October 3, 2019

Register of Copyrights
Copyright Office
Library of Congress
Washington, DC 20559

RE:  **ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC. vs. VALESKYS, INC.**
Case Number:   **1:19−CV−00285−SPB**

Dear Sir or Madam:

   In compliance with the provisions of 17 U.S.C. 508, enclosed is a copy of the docket entries and complaint which was filed in the United States District Court for the Western District of Pennsylvania.

Sincerely,

JOSHUA C. LEWIS
CLERK OF COURT

By:  /s/ **jm2**
Deputy Clerk

Enclosures