# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC., | Civil Action No.: 2:19-cv-00285-SPB |
| Plaintiff, | **The Honorable Susan Paradise Baxter** |
| v. | *Electronically filed.* |
| VALESKY'S, INC. and AD POST GRAPHICS MEDIA MARKETING, INC., | |
| Defendants. | |

## NOTICE OF APPEARANCE

TO: Joshua C. Lewis, Clerk of Court
United States District Court
for the Western District of Pennsylvania

KINDLY enter the appearance of KYLE T. McGEE, ESQUIRE, and MARGOLIS EDELSTEIN on behalf VALESKYS, INC., Defendant, in the above-captioned matter.

**JURY TRIAL DEMANDED**

Date: February 21, 2020

Respectfully submitted,

**MARGOLIS EDELSTEIN**

  /s/ Kyle T. McGee
KYLE T. McGEE, ESQUIRE
PA I.D. No. 205661

MARGOLIS EDELSTEIN
535 Smithfield Street, Suite 1100
Pittsburgh, PA 15222
(412) 355-4971
(412) 642-2380 (fax)
kmcgee@margolisedelstein.com
*Counsel for Defendant, Valesky's Inc.*