UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC.<br><br>Plaintiff,<br><br>v.<br><br>VALESKY'S, INC. and ADPOST GRAPHICS MEDIA MARKETING, INC.<br><br>Defendants. | NOTICE OF DISMISSAL OF CIVIL ACTION WITHOUT PREJUDICE (FRCP 41(a)(1)(A)(i))<br><br>Case No.: 1:19-cv-285-SPB |

IT IS HEREBY NOTICED that the above case should be dismissed without prejudice.

/s/Richard Liebowitz
Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: June 5, 2020

*Attorneys for Plaintiff Adlife Marketing & Communications Company, Inc.*